UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

(1) TASHAYNA KING,

    Plaintiff,

v.

(2) BOARD OF COUNTY COMMISSIONERS FOR THE COUNTY OF TULSA, et al.

    Defendants.

Case No.: 19-cv-00051-JHP-FHM

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff submits this notice of dismissal of all claims against all parties without prejudice to refiling.

Respectfully submitted,

By: *s/J. Spencer Bryan*
J. Spencer Bryan, OBA # 19419
BRYAN & TERRILL LAW, PLLC
3015 East Skelly Dr., Suite 400
Tulsa, OK 74105
T/F: (918) 935-2777
Email: jsbryan@bryanterrill.com
*Attorneys for Plaintiff*